IN THE COUNTY COURT IN AND FOR DUVAL COUNTY, FLORIDA

HARRY MIDDLETON

    Plaintiff,

vs.

CITIGROUP INC.
   Serve on:
   C T CORPORATION SYSTEM
   1200 SOUTH PINE ISLAND ROAD
   PLANTATION FL 33324 US
   and
ZAKHEIM & ASSOCIATES P.A.
   Serve on:
   ZAKHEIM, SCOTT C.
   1045 SOUTH UNIVERSITY DRIVE
   SUITE 202
   PLANTATION FL 33324 US
   Defendants.
_____ //

CASE NO.

DIVISION:

16- 2009-SC-000263   -XXXX-MA

3:09-cv-813-J-20 JRK

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Harry Middleton by his undersigned attorney hereby sues Citigroup Inc., ("Creditor") and Zakheim & Associates P.A ("Debt Collector") and for his Complaint states as follows:

1. This is an action for damages not in excess of $5,000.00, exclusive of costs, interests and attorney's fees.

2. Plaintiff is a resident of Florida.

3. Creditor and debt collector are entities qualified to do business in Florida.

### COUNT I – Unlawful Collection Practices by Citigroup Inc.

4. Mr. Middleton had an outstanding debt to Creditor, which he was unable to pay.

5. On July 28 2008, Mr. Middleton, through counsel, advised Creditor that he was represented by counsel and requested that Creditor cease all direct contact with him. A true and correct copy of the fax confirmation of that communication is attached hereto as Exhibit A.

1


EXHIBIT A

6. The July 28 2008, communication to Creditor placed Creditor on notice that (a) Mr. Middleton was represented by counsel with regard to the debt, and (b) Mr. Middleton did not wish to be contacted directly again by Creditor

7. Creditor, by and through its agent Debt Collector, willfully communicated with Mr. Middleton by means of numerous phone calls and a letter dated June 15, 2009 (attached hereto as Exhibit B), even though it knew he was represented by counsel.

8. The activities of Creditor constitute illegal collection practices prohibited by the Florida Consumer Collection Practices Act, Fl. Stat. § 559.72 (17).

WHEREFORE, Plaintiff, Harry Middleton, demands judgment against Defendant, Citigroup Inc. for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

### COUNT II – Unlawful Collection Practices by Zakheim & Associates P.A.

9. Mr. Middleton incorporates the allegations of paragraphs 1 through 8, above.

10. Debt Collector willfully communicated with Mr. Middleton by means of numerous telephone calls and by means of a letter dated June 15, 2009. The communication from Debt Collector to Mr. Middleton constitutes illegal collection practices under the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, and the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692c.

WHEREFORE, Plaintiff, Harry Middleton, demands judgment against Defendant, Zakheim & Associates P.A., for actual and statutory damages, together with punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit

### COUNT III – Injunctive Relief

11. Mr. Middleton incorporates by reference paragraphs 1 through 10 of this Complaint.

12. Mr. Middleton will be irreparably damaged should Creditor and Debt Collector continue their illegal and harassing communications to him.

WHEREFORE, Plaintiff, Harry Middleton, demands judgment against Defendants, Citigroup Inc, and Zakheim & Associates, P.A. permanently enjoining them, their officers, directors, agents, attorneys and employees, and anyone acting in concert with them, from contacting Mr. Middleton or any other person in connection with the alleged debt, and awarding Mr. Middleton punitive damages, pre- and post-judgment interest, attorney's fees and costs of suit.

WENDELL FINNER, Florida Bar No. 0093882
234 Ninth Avenue South
Jacksonville Beach, Florida 32250-6537
(904) 242-7070
*Attorney for Plaintiff*

```
TRANSMISSION VERIFICATION REPORT

                            TIME    : 07/28/2008 08:23
                            NAME    : WFPA
                            FAX     : 904-242-7054
                            TEL     :
                            SER.#   : 000G5J358306


DATE,TIME              07/28  08:22      not a Citi #,
FAX NO./NAME           18882495595
DURATION               00:00:33          he's dismissing
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# WENDELL FINNER, P.A.
## LAW OFFICES

Admitted in Florida, Maryland, Virginia
and the District of Columbia

### FACSIMILE COVER SHEET:

7/28/2008

**_Please Deliver The Following Pages To:_**    Citi Bank AT&T Universal Card

FAXED TO TELEPHONE NUMBER:         1-888-249-5595

FROM:                              Wendell Finner

TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET):   2

RE:    *Account 5396 1000 8039 6434 Harry Middleton*

DOCUMENT:  Notice of Representation

COMMENTS:  Pursuant to Florida Statutes, §559.72, Harry Middleton requests that you do not contact him again with respect to any account that your company owns or services. I am happy to provide updates of the borrowers' status over the telephone

- W F.

EXHIBIT A

**Law Offices of**
**ZAKHEIM & ASSOCIATES**
A PROFESSIONAL ASSOCIATION
1045 SOUTH UNIVERSITY DRIVE
SUITE 202
PLANTATION, FL 33324

TELEPHONE: (954) 733-4499
FAX: (954) 735-0207
WWW.ZAKHEIMLAW.COM

SCOTT C. ZAKHEIM*
*ALSO MEMBER OF N.Y. BAR
FLYNN LA VRAR
RICHARD BATTAGLINO
SASHA HARO
SABINE MICHEL



June 15, 2009

RE: CITIBANK (SOUTH DAKOTA), N.A. / Harry J Middleton
Account Number: 5396100080396434
Our File Number: 3000306486
Current Balance: 26,132.09          Proposed Settlement Amount: $13066.04

Dear Harry J Middleton:

CITIBANK (SOUTH DAKOTA), N.A. has instructed this office to extend to you an opportunity to fully satisfy the amount owed on the credit account referenced above. CITIBANK (SOUTH DAKOTA), N.A. will accept $13066.04, 50% of the current balance owed, as complete settlement of your account. To take advantage of this settlement offer your payment should be made payable to CITIBANK (SOUTH DAKOTA), N.A. and should be received in our office by Friday, June 26, 2009. We accept online payments at our website www.zakheimlaw.com.

Once your settlement payment has cleared our trust account our office will notify our client that the account has been settled and, if a judgment has been entered, a satisfaction of judgment will be prepared and recorded in the public records. Once this account is settled all collection activity will forever cease on the account. Until the account is settled however, collection activity may continue on the account.

Should you have questions or concerns regarding this offer contact us at 800-531-5490.

Sincerely,

Zakheim & Associates, P.A.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

---

Zakheim & Associates
1045 S University Dr, Ste 202
Plantation, FL 33324-3333

004233

RETURN SERVICE REQUESTED

EXHIBIT B
EXHIBIT B

19198******AUTO**3-DIGIT 320
Harry J Middleton
109 Glenmawr Ct
Ponte Vedra Beach FL 32082-2627

15

☐ My settlement payment of $13066.04 for CITIBANK (SOUTH DAKOTA), N.A. is included.

☐ I am unable to settle this account at this time. Please call me at phone number _____ to discuss other payment alternatives.

Zakheim & Associates
1045 S University Dr Ste 202
Plantation FL 33324-3333

Account Number: 5396100080396434



| | |
|---|---|
| "Moritz, Andrew" &lt;andrew.moritz@citi.com&gt;<br>07/29/2009 11:12 AM | To   "choey@hinshawlaw.com" &lt;choey@hinshawlaw.com&gt;<br>cc<br>bcc<br>Subject   Middleton v. Citigroup Inc. |

As I advised you, to the extent Citibank (South Dakota), N.A., erroneously sued as Citigroup Inc. ("Citibank"), has not yet been dismissed from the case, as represented by plaintiff's counsel. Citibank consents to the removal of the above-referenced action. Assuming the action is removed today, please forward to me a copy of the removal notice for our file.

Regards,

Andrew Moritz*
Vice President and Associate General Counsel - Litigation
Citibank, N.A.
14000 Citi Cards Way, C1G-1B235
Jacksonville, FL 32258
(904) 954-8552
(904) 954-8716 - Fax
andrew.moritz@citi.com

*Admitted to practice in California; not admitted in Florida

